C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs South Bay Rod & Gun Club, Inc. Gary Brennan, Cory Henry, Patrick Lovette, Virginia Duncan, Randy Ricks, Gun Owners of California, Second Amendment Law Center, and California Rifle and Pistol Association, Incorporated

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiff Citizens Committee for the Right to Keep and Bear Arms

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br> Plaintiffs, <br> v. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | CASE NO: '22CV1461 JO WVG <br><br> **PLAINTIFFS' NOTICE OF RELATED CASES** |

1

PLAINTIFFS' NOTICE OF RELATED CASES

      Pursuant to Local Rule 40.1(f), Plaintiffs South Bay Rod & Gun Club, Inc., Gary Brennan, Cory Henry, Patrick Lovette, Virginia Duncan, Randy Ricks, Citizens Committee for the Right to Keep and Bear Arms, Gun Owners of California, Second Amendment Law Center, and California Rifle & Pistol Association, Incorporated, through their counsel, note the following as potentially related cases:

      *Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB, filed in the Southern District of California on May 17, 2017,

      *Rhode v. Bonta*, Case No. 3:18-cv-00802-BEN-JLB, filed in the Southern District of California on April 26, 2018, and

      *Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB, filed in the Southern District of California on August 15, 2019.

      These cases were all initially heard by the Honorable Roger T. Benitez. *Duncan* and *Miller* are back before Judge Benitez again following remands.

      The Ninth Circuit Court of Appeals is also currently considering remanding *Rhode*, and given all other Second Amendment-related cases have so far been remanded to their original district courts following *Bruen*, it is likely *Rhode* will be back before Judge Benitez soon as well. Even if it isn't, the issues raised in this lawsuit will affect the willingness of the *Rhode* case plaintiffs to continue to participate in that litigation.

      Plaintiffs Brennan, Henry, Ricks, and CRPA in this matter are also Plaintiffs in the *Rhode* matter, and Plaintiffs Duncan, Lovette, and CRPA in this matter are also Plaintiffs in the *Duncan* matter.

      Further, *Duncan* and *Rhode* are cases that were filed and are being litigated by Plaintiffs' counsel in this matter.

      While *Miller* does not share Plaintiffs with this matter, the Plaintiffs in *Miller* have indicated via an August 25, 2022 letter to Judge Benitez that they may need to amend their complaint to challenge the new California Code of Civil Procedure section 1021.11, so *Miller* shares the 1021.11 issue with this case. It is our understanding that Judge Benitez instructed the *Miller* plaintiffs to file a separate lawsuit challenging the same

statute challenged in this lawsuit, and indeed, the *Miller* Plaintiffs did file such a lawsuit, which will likely also be related to the original *Miller* matter. *See Miller v. Bonta*, Case No. 3:22-cv-01446, filed in the Southern District of California on September 26, 2022.

Plaintiffs in the *Duncan* and *Rhode* matters will have no choice but to seek to amend their complaints to challenge California Code of Civil Procedure section 1021.11 if it is not enjoined statewide soon, meaning Judge Benitez will likely be deciding the same central issues that this case presents in *Duncan* and *Rhode*.

Finally, *Duncan*, *Rhode*, *Miller*, and this matter all seek remedies against the same defendant, California Attorney General Rob Bonta.

For all of these reasons, assignment of these cases to Judge Benitez[1] would save judicial effort or result in other judicial economies, as they involve "some of the same parties and are based on . . . similar claims," U.S.D.C S.D.CAL. LOCAL R. 40.1(g)(1).

Respectfully Submitted,

Dated:  September 28, 2022            **MICHEL & ASSOCIATES, P.C.**

/s/ C.D. Michel
C.D. Michel
Counsel for Plaintiffs South Bay Rod & Gun Club, Inc. Gary Brennan, Cory Henry, Patrick Lovette, Virginia Duncan, Randy Ricks, Gun Owners of California, Second Amendment Law Center, and California Rifle and Pistol Association, Incorporated
e-mail: cmichel@michellawyers.com

---

[1] One Plaintiff, Citizens Committee for the Right to Keep and Bear Arms, is also a Plaintiff in *Renna v. Bonta*, a case currently pending before the Honorable Dana M. Sabraw in this district. However, because far more Plaintiffs have cases before Judge Benitez, he is likely the better fit to hear this case in terms of judicial economy. What's more, the parties in *Renna* have recently stipulated that the State will not pursue any remedies under section 1021.11 following that litigation, so that issue is not shared with this litigation.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 28, 2022 | **LAW OFFICES OF DON KILMER** |
| 3 | | *s/ Don Kilmer* |
| 4 | | Don Kilmer<br>Counsel for Plaintiff Citizens Committee for the<br>Right to Keep and Bear Arms |