C. D. Michel – SBN 144258
cmichel@michellawyers.com
Joshua Robert Dale – SBN 209942
jdale@michellawyers.com
Konstadinos T. Moros – SBN 306610
kmoros@michellawyers.com
MICHEL & ASSOCIATES, P.C.
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445
www.michellawyers.com

Attorneys for Plaintiffs South Bay Rod & Gun Club, Inc. Gary Brennan, Cory Henry, Patrick Lovette, Virginia Duncan, Randy Ricks, Gun Owners of California, Second Amendment Law Center, and California Rifle and Pistol Association, Incorporated

Donald Kilmer-SBN 179986
Law Offices of Donald Kilmer, APC
14085 Silver Ridge Road
Caldwell, Idaho 83607
Telephone: (408) 264-8489
Email: Don@DKLawOffice.com

Attorneys for Plaintiff Citizens Committee for the Right to Keep and Bear Arms

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER; and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | **CASE NO: 3:22-cv-01461-JO-WVG**<br><br>**PLAINTIFFS' SUPPLEMENTAL NOTICE OF RELATED CASES** |

On September 28, 2022, and Pursuant to Local Rule 40.1(f), Plaintiffs filed a Notice of Related Cases alongside their complaint. Dkt. No. 3. Plaintiffs noted the following as potentially related cases, all assigned to the Honorable Roger T. Benitez:

*Duncan v. Bonta*, Case No. 17-cv-1017-BEN-JLB, filed in the Southern District of California on May 17, 2017,

*Rhode v. Bonta*, Case No. 3:18-cv-00802-BEN-JLB, filed in the Southern District of California on April 26, 2018, and

*Miller v. Bonta*, Case No. 3:19-cv-01537-BEN-JLB, filed in the Southern District of California on August 15, 2019.

In that filing, Plaintiffs also wrote that "It is our understanding that Judge Benitez instructed the *Miller* plaintiffs to file a separate lawsuit challenging the same statute challenged in this lawsuit, and indeed, the *Miller* Plaintiffs did file such a lawsuit. *See Miller v. Bonta*, Case No. 3:22-cv-01446 ("*Miller II*"), filed in the Southern District of California on September 26, 2022." Dkt. No. 3.

Plaintiffs submit this supplemental notice because *Miller II* has now been reassigned to Judge Benitez pursuant to the "Low-Number" rule. A copy of the order of transfer is attached to this notice as **Exhibit A**.

Because of this reassignment, this matter "involves substantially the same facts and the same questions of law" with the *Miller II* case now being heard by Judge Benitez. U.S.D.C S.D.Cal. Local R. 40.1(g)(3). Both *Miller II* and this matter are challenges to California Code of Civil Procedure section 1021.11 on behalf of Plaintiffs who are currently or desire to participate in legal challenges to California's firearms laws but are injured as a result of Section 1021.11's fee-shifting provision that favors the government in such challenges. And both *Miller II* and this matter matters raise constitutional challenges to Section 1021.11's fee-shifting provision, including violation of the Supremacy Clause, violation of the right to petition for redress of grievances, and violation of Equal Protection. The matters are undoubtedly related.

For all of these reasons as well as those discussed in Plaintiffs prior notice of related cases, reassignment of this case to Judge Benitez would save judicial effort and likely result in other judicial economies.

Respectfully Submitted,

Dated: October 3, 2022          **MICHEL & ASSOCIATES, P.C.**

*s/C.D. Michel*
C.D. Michel
Counsel for Plaintiffs South Bay Rod & Gun Club, Inc. Gary Brennan, Cory Henry, Patrick Lovette, Virginia Duncan, Randy Ricks, Gun Owners of California, Second Amendment Law Center, and California Rifle and Pistol Association, Incorporated
e-mail: cmichel@michellawyers.com

Dated: October 3, 2022          **LAW OFFICES OF DON KILMER**

*s/ Don Kilmer*
Don Kilmer
Counsel for Plaintiff Citizens Committee for the Right to Keep and Bear Arms

# CERTIFICATE OF SERVICE

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

Case Name: *South Bay Rod & Gun Club, Inc. v. Bonta*
Case No.: 3:22-cv-01461-JO-WVG

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, declare under penalty of perjury that I am a citizen of the United States over 18 years of age. My business address is 180 East Ocean Boulevard, Suite 200 Long Beach, CA 90802. I am not a party to the above-entitled action.

I have caused service of the following documents, described as:

**PLAINTIFFS' SUPPLEMENTAL NOTICE OF RELATED CASES**

on the following parties by electronically filing the foregoing on October 3, 2022, with the Clerk of the District Court using its ECF System, which electronically notifies them.

Robert Meyerhoff
Robert.Meyerhoff@doj.ca.gov
Elizabeth Watson
Elizabeth.Watson@doj.ca.gov
1300 I Street, Suite 125
Sacramento, CA 95814

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2022, at Long Beach, CA.

*/s/Christina Castron*
CHRISTINA CASTRON