# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

South Bay Rod & Gun Club, Inc. et al

**Plaintiff,**

V.

Robert Bonta

**Defendant.**

Case No. 22cv01461-RBM-WVG

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

### REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re: "Low-Numbered Case No.: 17-cv-01017-BEN-JLB
Title: Duncan et al v. Becerra et al
Nature of Case: 42:1983cv Civil Rights Act - Civil Action for Deprivation of Rights

The above "low-numbered" case and the present case appear:

- [x] (1) to arise from the same or substantially identical transactions, happenings or events; or
- [x] (2) involve the same or substantially the same parties or property; or
- [ ] (3) involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or
- [x] (4) call for determination of the same or substantially identical questions of law; or
- [ ] (5) where a case is refiled within one year of having previously been terminated by the Court; or
- [x] (6) for other reasons would entail unnecessary duplication of labor if heard by different judges.

New Case #: 22-cv-01461-BEN-JLB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

**John Morrill**, Clerk of Court,

Dated: 10/17/22    By: s/ J. Petersen

J. Petersen, Deputy

### ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated: 10/17/2022

Roger T. Benitez
United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Roger T. Benitez and Magistrate Judge Jill L. Burkhardt for all further proceedings.

Dated: 10/18/2022

Ruth Bermudez Montenegro
United States District Judge