| | |
|---|---|
| 1 | ROBIN B. JOHANSEN, State Bar No. 79084 |
| 2 | THOMAS A. WILLIS, State Bar No. 160989 |
|   | KRISTEN MAH ROGERS, State Bar No. 274672 |
| 3 | INEZ KAMINSKI, State Bar No. 345584 |
|   | OLSON REMCHO, LLP |
| 4 | 1901 Harrison Street, Suite 1550 |
|   | Oakland, CA  94612 |
| 5 | Phone:  (510) 346-6200 |
|   | Fax:  (510) 574-7061 |

Attorneys for [Proposed] Intervenor
Governor Gavin Newsom

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br>    Plaintiffs, <br><br> vs. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br>    Defendants. | No.: 3:22-cv-1461-BEN-JLB <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE** <br><br> Hearing: <br><br> Date:     January 5, 2023 <br> Time: <br> Crtrm.:  5A (5th Floor) <br> Judge:   The Honorable Roger T. Benitez |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 5, 2023, at _____ a.m./p.m., or as soon thereafter as counsel can be heard, in the courtroom of and before the Honorable Roger T. Benitez, Judge of the United States District Court for the Southern District of California, in Courtroom 5A, located at 221 West Broadway, San Diego, CA 92101, proposed intervenor Governor Gavin Newsom will and hereby does move the Court to permit him to intervene as a defendant in this case.

This motion will be made on the grounds that the proposed intervenor has the right to intervene under Rule 24 of the Federal Rules of Civil Procedure. The motion is based on this notice, the accompanying memorandum of points and authorities, and the declarations of Thomas A. Willis and David Sapp, all of the papers filed and proceedings held in this case, and such other matters as the Court may consider.

Dated:  December 9, 2022           Respectfully submitted,

                                   OLSON REMCHO, LLP

                                   s/ Robin B. Johansen
                                   Attorneys for [Proposed] Intervenor
                                   Governor Gavin Newsom
                                   Email:  rjohansen@olsonremcho.com

(00478766-2)

---
1
NOTICE OF MOTION AND MOTION FOR LEAVE TO INTERVENE