ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
KRISTEN MAH ROGERS, State Bar No. 274672
INEZ KAMINSKI, State Bar No. 345584
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Phone: (510) 346-6200
Fax: (510) 574-7061

Attorneys for [Proposed] Intervenor
Governor Gavin Newsom

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | No.: 3:22-cv-1461-BEN-JLB<br><br>**DECLARATION OF DAVID SAPP IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE**<br><br>Hearing:<br><br>Date:   January 5, 2023<br>Time:<br>Crtrm.: 5A (5th Floor)<br>Judge: The Honorable Roger T. Benitez |

DECLARATION OF DAVID SAPP IN SUPPORT OF
MOTION FOR LEAVE TO INTERVENE

## DECLARATION OF DAVID SAPP

I, David Sapp, declare under penalty of perjury that:

1. I am the Chief Deputy Legal Affairs Secretary in the Office of Governor Gavin Newsom. Tracking developments in this litigation is among my job responsibilities. As such, I have personal knowledge of the facts stated herein.

2. Governor Newsom was the sponsor of Senate Bill 1327, a provision of which is at issue in this litigation, and ultimately signed it into law after the bill passed both houses of the California Legislature.

3. On December 7, 2022, our office received communication from California Attorney General's Office reflecting that they were not going to defend the constitutionality of California Code of Civil Procedure section 1021.11 in this litigation.

4. Upon receiving this information, our office initiated steps to secure outside counsel to represent Governor Newsom as a proposed intervenor in this litigation.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 8, 2022, at Napa, California.

_David Sapp_ (signature)

David Sapp

(00478768)

---

1

DECLARATION OF DAVID SAPP IN SUPPORT OF
MOTION FOR LEAVE TO INTERVENE