ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
KRISTEN MAH ROGERS, State Bar No. 274672
INEZ KAMINSKI, State Bar No. 345584
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA  94612
Phone:  (510) 346-6200
Fax:  (510) 574-7061

Attorneys for [Proposed] Intervenor
Governor Gavin Newsom

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>  Plaintiffs,<br><br>vs.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>  Defendants. | No.: 3:22-cv-1461-BEN-JLB<br><br>**DECLARATION OF THOMAS A. WILLIS IN SUPPORT OF MOTION FOR LEAVE TO INTERVENE AND EX PARTE APPLICATION**<br><br>Hearing:<br><br>Date:  January 5, 2023<br>Time:<br>Crtrm.: 5A (5th Floor)<br>Judge:  The Honorable Roger T. Benitez |

## DECLARATION OF THOMAS A. WILLIS

I, Thomas A. Willis, declare under penalty of perjury that:

1. I am an attorney licensed to practice law in the State of California, and I am counsel for Proposed Intervenor Gavin Newsom, in his official capacity as Governor of the State of California, in this matter. I submit this Declaration in support of the Proposed Intervenor's Motion For Leave to Intervene and forthcoming *Ex Parte* Application for Order Shortening Time. I have personal knowledge of the facts stated herein and, if called to testify, I could competently testify as to the same.

2. On December 8, 2022, at approximately 4:25 p.m., I contacted all parties' counsel via email to alert them to the Governor's proposed intervention in two related cases: *Miller v. Bonta*, No. 3:22-cv-01446-BEN-MDD ("*Miller II*"), and *South Bay Rod & Gun Club, Inc. v. Bonta*, No. 3:22-cv-01461-BEN-JLB.

3. The recipients of the email included Bradley A. Benbrook, David H. Thompson, Joseph Masterman, Peter A. Patterson, and Stephen M. Duvernay for Plaintiffs in the *Miller II* case; Carl D. Michel, Joshua R. Dale, Donald Edward Kilmer, Jr., and Konstadinos T. Moros for Plaintiffs in the *South Bay Rod & Gun Club, Inc.* case; and Elizabeth K. Watson and Ryan Richard Davis for Defendants in both matters (together, "counsel").

4. That email stated as follows:

> Our firm represents Governor Gavin Newsom. Yesterday, the Attorney General's Office informed the Governor's Office that it did not intend to defend the validity of section 1021.11 in its supplemental brief due tomorrow, December 9, 2022. As a result, the Governor will seek leave to intervene as a matter of right in both the *Miller II* and *South Bay Rod & Gun Club* cases. We believe intervention is appropriate under Rule 24 of the Federal Rules of Civil Procedure and the Supreme Court's recent decision in *Berger v. N.C. State Conf. of the NAACP*, 142 S.Ct. 2191 (2022). Governor Newsom plans to file a motion to intervene this evening. In the motion, we will ask the court to hear the motion at the same time as the preliminary injunction hearing and trial on December 16; we will not be seeking a continuance of that hearing. We will, however, seek

a short extension to allow the Governor to lodge a supplemental brief with the court on Monday, December 12, instead of by Friday, December 9. We also intend to file an application for an order shortening time setting forth that proposal. If you would like, we are glad to include with that application a suggestion that plaintiffs' reply brief deadline be extended to Wednesday, December 14, and to note our consent to that extension.

If possible, please let us know today whether you intend to oppose intervention.

5. As of 9:30 a.m. on December 9, 2022, counsel for the plaintiffs in the two cases had not informed me as to whether they intended to oppose either the motion for intervention or the *ex parte* application for an order shortening time. In his supplemental brief filed on December 8, the Attorney General stated that he did not oppose intervention by the Governor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on December 9, 2022, at San Francisco, California.

THOMAS A. WILLIS

(00478769)

2

DECLARATION OF THOMAS A. WILLIS IN SUPPORT OF
MOTION FOR LEAVE TO INTERVENE