ROBIN B. JOHANSEN, State Bar No. 79084
THOMAS A. WILLIS, State Bar No. 160989
KRISTEN MAH ROGERS, State Bar No. 274672
INEZ KAMINSKI, State Bar No. 345584
OLSON REMCHO, LLP
1901 Harrison Street, Suite 1550
Oakland, CA 94612
Phone: (510) 346-6200
Fax: (510) 574-7061

Attorneys for [Proposed] Intervenor
Governor Gavin Newsom

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED, <br><br> Plaintiffs, <br><br> vs. <br><br> ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10, <br><br> Defendants. | No.: 3:22-cv-1461-BEN-JLB <br><br> **PROOF OF SERVICE** <br><br> Hearing: <br><br> Date: January 5, 2023 <br> Time: <br> Crtrm.: 5A (5th Floor) <br> Judge: The Honorable Roger T. Benitez |

PROOF OF SERVICE

# **PROOF OF SERVICE**

I, the undersigned, declare under penalty of perjury that:

I am a citizen of the United States, over the age of 18, and not a party to the within cause of action.  My business address is 1901 Harrison Street, Suite 1550, Oakland, CA  94612.

On December 9, 2023, I served a true copy of the following document(s):

- **Notice of Motion and Motion for Leave to Intervene;**

- **Memorandum of Points and Authorities in Support of Motion for Leave to Intervene;**

- **Declaration of David Sapp in Support of Motion for Leave to Intervene; and**

- **Declaration of Thomas A. Willis in Support of Motion for Leave to Intervene**

on the following party(ies) in said action:

| | |
|---|---|
| Bradley A. Benbrook<br>Stephen M. Duvernay<br>Benbrook Law Group, PC<br>701 University Avenue, Suite 106<br>Sacramento, CA  95825<br>Phone:  (916) 447-4900<br>Email:  brad@benbrooklawgroup.com | *Attorneys for Plaintiffs James Miller, et al. in Miller v. Bonta* |
| David H. Thompson<br>Peter A. Patterson<br>Joseph O. Masterman<br>Cooper & Kirk, PLLC<br>1523 Hampshire Avenue, NW<br>Washington, DC  20036<br>Phone:  (202) 220-9600<br>Email:  dthompson@cooperkirk.com | *Attorneys for Plaintiffs James Miller, et al. in Miller v. Bonta* |

| | | |
|---|---|---|
| 1 | Rob Bonta<br>Attorney General of California<br>Elizabeth Watson<br>Deputy Attorney General<br>Ryan Davis<br>Deputy Attorney General<br>455 Golden Gate Avenue, Suite 11000<br>San Francisco, CA  94102<br>Phone:  (415) 510-3847<br>Email:  Elizabeth.Watson@doj.ca.gov | *Attorneys for Defendants Rob Bonta, et al. in Miller v. Bonta and South Bay Rod & Gun Club, Inc. v. Bonta* |
| | Carl D. Michel<br>Joshua R. Dale<br>Michel & Associates, P.C.<br>180 East Ocean Boulevard, Suite 200<br>Long Beach, CA  90801<br>Phone:  (562) 216-444<br>Email:  cmichel@michellawyers.com | *Attorneys for Plaintiffs in South Bay Rod & Gun Club, Inc. v. Bonta* |
| | Donald Edward Kilmer, Jr.<br>Law Offices of Donald Kilmer<br>14085 Silver Ridge Road<br>Caldwell, ID  83607<br>Phone:  (408) 264-8489<br>Email:  don@dklawoffice.com | *Attorneys for Plaintiff Citizens Committee for the Right to Keep and Bear Arms in South Bay Rod & Gun Club, Inc. v. Bonta* |

☐ **BY UNITED STATES MAIL:** By enclosing the document(s) in a sealed envelope or package addressed to the person(s) at the address above and

  ☐ depositing the sealed envelope with the United States Postal Service, with the postage fully prepaid.

  ☐ placing the sealed envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with the business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, located in Oakland, California, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** By enclosing the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **BY MESSENGER SERVICE:** By placing the document(s) in an envelope or package addressed to the persons at the addresses listed and providing them to a professional messenger service for service.

☐ **BY FACSIMILE TRANSMISSION:** By faxing the document(s) to the persons at the fax numbers listed based on an agreement of the parties to accept service by fax transmission. No error was reported by the fax machine used. A copy of the fax transmission is maintained in our files.

☒ **BY EMAIL TRANSMISSION:** By emailing the document(s) to the persons at the email addresses listed based on a court order or an agreement of the parties to accept service by email. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on December 9, 2023, in Gardnerville, Nevada.

*Nina Leathley*
Nina Leathley

(00478859)

3
PROOF OF SERVICE