UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTH BAY ROD & GUN CLUB, INC.; GARY BRENNAN, an individual; CORY HENRY, an individual; PATRICK LOVETTE, an individual; VIRGINIA DUNCAN, an individual; RANDY RICKS, an individual; CITIZENS COMMITTEE FOR THE RIGHT TO KEEP AND BEAR ARMS; GUN OWNERS OF CALIFORNIA; SECOND AMENDMENT LAW CENTER and CALIFORNIA RIFLE & PISTOL ASSOCIATION, INCORPORATED,<br><br>Plaintiffs,<br><br>vs.<br><br>ROBERT BONTA, in his official capacity as Attorney General of the State of California; and DOES 1-10,<br><br>Defendants. | No.: 3:22-cv-1461-BEN-JLB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO INTERVENE**<br><br><u>Hearing</u>:<br><br>Date:<br>Time:<br>Crtrm.: 5A (5th Floor)<br>Judge: The Honorable Roger T. Benitez |

ORDER GRANTING MOTION FOR LEAVE TO INTERVENE

1 | Upon consideration of proposed intervenor Governor Gavin Newsom's notice of motion, accompanying memorandum of points and authorities, and all other papers filed and proceedings held in this case and such other matters as the Court deemed necessary to consider, the motion for leave to intervene of proposed intervenor Governor Gavin Newsom is hereby GRANTED.  *Berger v. North Carolina State Conference of the NAACP*, 142 S. Ct. 2191 (2022).

Governor Gavin Newsom shall have until Monday, December 12, 2022 at noon to file a supplemental brief on the motion for preliminary injunction and trial on the merits.

DATED:  12/9/22

_____
THE HONORABLE ROGER T. BENITEZ
UNITED STATES DISTRICT COURT JUDGE